IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LEONARD GRADWELL,**

    Plaintiff,

vs.                                                       CASE NO. 1:07CV153-MP/AK

**CROSS CITY CORRECTIONAL INSTITUTION,**

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff has moved to dismiss his cause without prejudice. (Doc. 9). Having considered said motion, the Court is of the opinion that it should be GRANTED, and this cause **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** this **9th** day of October, 2007.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**